**556**

Larry **GILBERT**, Trustee in Bankruptcy, for Siskin of Miami, Inc., Bankrupt, Appellant,

v.

**MILLS FACTORS CORPORATION**, Appellee.

No. 23896.

United States Court of Appeals
Fifth Circuit.

June 9, 1967.

Robert R. Frank, Richard B. Marx, and Frank & Strelkow, Miami Beach, Fla., for appellant.

Herbert S. Shapiro, Murray B. Weil, Jr., Shapiro, Fried & Weil, Miami Beach, Fla., for appellee.

Before TUTTLE, Chief Judge, and THORNBERRY and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed.

Harold Howard **HARRIS**, Sr., Appellant,

v.

**UNITED STATES of America**, Appellee.

No. 23634.

United States Court of Appeals
Fifth Circuit.

June 7, 1967.

Rehearing Denied Aug. 8, 1967.

Ronald I. Strauss, Miami, Fla., for appellant.

Lloyd G. Bates, Jr., Morton Orbach, Asst. U. S. Attys., Miami, Fla., William A. Meadows, Jr., U. S. Atty., Miami, Fla., for appellee.

Before TUTTLE, Chief Judge, WASHINGTON * and SIMPSON, Circuit Judges.

PER CURIAM:

This appeal presents neither novel questions of law nor a complicated state of facts. We conclude that in none of the questions raised does it appear that there was any error committed by the trial court.

The judgment is affirmed.